Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:  702/720-3370
Facsimile:   702/720-3371

*Counsel for Bradley G. Sims, Chapter 7 Trustee*

**Electronically Filed On: July 15, 2025**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BREITMEYER FABRICATIONS, INC.,<br><br>Debtor. | Case No.  BK-S-24-50300-HLB<br>Chapter 7 |
| BREITMEYER FABRICATIONS, INC.,<br><br>Plaintiff,<br>v.<br><br>ZIONS BANCORPORATION, N.A., dba NEVADA STATE BANK,<br><br>Defendant. | Adv. Proc. No. BK-S-24-05007-HLB<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Hilary L. Barnes |

Bradley G. Sims (the "Trustee"), the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, by and through his counsel, Jacob L. Houmand, Esq. of the Houmand Law Firm, Ltd., and Zions Bancorporation, N.A., dba Nevada State Bank ("NSB" and together with the Trustee, the "Parties"), by and through its counsel of record, Timothy A. Lukas, Esq. of Holland Hart, LLP, hereby stipulate and agree as follows:

. . .

. . .

. . .

-1-

## I. RECITALS

1. On March 28, 2024, Breitmeyer Fabrications, Inc. (the "Debtor") filed a voluntary bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code [ECF No. 1][1].

2. On June 26, 2024, the Debtor commenced the instant litigation by filing a complaint [Adv. ECF No. 1][2] (the "Complaint") against NSB.

3. The claims for relief alleged in the Complaint seek to avoid a lien held by NSB in certain personal property (the "Property") owned by the Debtor pursuant to 11 U.S.C. § 544(a).

4. On February 11, 2025, the Debtor filed a *Motion to Convert Case to Chapter 7* [ECF No. 107].

5. On March 13, 2025, the Court entered an *Order Granting Motion to Convert Case to Chapter 7* [ECF No. 115].

6. On March 17, 2025, the Trustee was appointed as the Chapter 7 Trustee in the Debtor's bankruptcy case.

7. Following the conversion of the Debtor's bankruptcy case to Chapter 7, the claims alleged in the Complaint can only be prosecuted by the Trustee.

8. The Trustee has evaluated the merits of the claims for relief set forth in the Complaint and has determined that the fair market value of the Property is not sufficient enough to justify the administrative costs that would be associated with continued litigation.

## II. STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that:

1. All causes of action asserted by the Trustee against NSB in the Complaint shall be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), incorporated by reference by FRBP 7041; and

. . .

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the Debtor's main bankruptcy case as they appear on the docket maintained by the clerk of the court.

[2] All references to "Adv. ECF No." are to the numbers assigned to the documents filed in the instant adversary proceeding as they appear on the docket maintained by the clerk of the court.

2. The Trustee and NSB shall each bear their own attorneys' fees and costs; and

3. All other hearings scheduled in the above-captioned adversary proceeding shall be vacated; and

4. The Trustee is authorized to upload a copy of the proposed order approving this Stipulation attached hereto as Exhibit "1" for this Court's signature.

Dated this 15th day of July, 2025.

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Houmand Law Firm, Ltd.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148

*Counsel for Bradley G. Sims, Chapter 7 Trustee*

Dated this 15th day of July, 2025.

By: */s/ Timothy A. Lukas*
Timothy A. Lukas, Esq. (NV Bar No. 4678)
Holland Hart, LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511

*Counsel for NSB*

-3-